# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                                  BKY No. 04-45493

Chapter 7

Larry Grimlie,

      Debtor(s).
_____

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY
_____

1.       Applicant is the Trustee in this case.

2.       Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee in carrying out the Trustee's duties as follows: To conduct formal discovery and litigation, as necessary and appropriate, including possible objection to the Debtor's claimed homestead exemption.

3.       Randall L. Seaver of Fuller, Seaver & Ramette, P.A., is qualified by reason of practice and experience to render such representation or assistance.

4.       Proposed compensation and reimbursement of expenses is as follows: $170-$290 per hour plus expenses.

5.       Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) the Firm represents the Trustee and other panel trustees in unrelated matters, and (b) two members of the Firm are panel trustees.

6.       The Trustee has made the following efforts to recover the asset prior to submitting this Application: The Trustee has obtained information from the Debtor and others, and has conducted the §341 meeting.

Wherefore, applicant requests that the Court approve such employment by the Trustee.


Dated: November 10, 2004                     */e/ Terri A. Georgen-Running*_____
                                                          Terri A. Georgen-Running

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 04-45493
Chapter 7
Larry Grimlie,

    Debtor(s).
_____

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**
_____

I, Randall L. Seaver of Fuller, Seaver & Ramette, P.A. named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2. I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: None, except (a) the Firm represents the Trustee and other panel trustees in unrelated matters, and (b) two members of the Firm are panel trustees.

                                          **FULLER, SEAVER & RAMETTE, P.A.**

Dated: November 10, 2004         By: /e/ Randall L. Seaver
                                             Randall L. Seaver 152882
                                             12400 Portland Avenue South, Suite 132
                                             Burnsville, MN 55337
                                             (952) 890-0888

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: ***GRIMLIE, LARRY***
***AKA MINNTECH MACHINE TOOLS***

CHAPTER 7
BKY NO. 04-45493

Debtor(s).

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

I, Terri A. Georgen, declare that on the date indicated below, I served the following:

(1) Application for Approval of Employment of Attorney; (2) Verified Statement Pursuant to Federal Rule 2014(a); (3) Unsworn Declaration for Proof of Service; and (4) Proposed Order.

upon each of the entities named below, by mail (unless otherwise indicated below) by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid, and depositing same in the post office at St. Paul, Minnesota, addressed to each of them as follows:

UNITED STATES TRUSTEE        [via e-mail]
1015 U.S. COURTHOUSE
300 SOUTH 4TH STREET
MINNEAPOLIS, MN  55415

And I declare under penalty of perjury that the foregoing is true and correct.

Date:   November 10, 2004

/e/ Terri A. Georgen

**MN-252 Application for Approval of Employment of Attorney**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                   BKY No. 04-45493

                                                                                                                                                Chapter 7

Larry Grimlie,

     Debtor(s).

_____

## ORDER
_____

     On _____, 2004, the Application to Employ Fuller, Seaver & Ramette, P.A. as attorney of the estate came before the undersigned. Based on the Application, the Recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code, §327,

     IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States Code , §328.

Dated: _____, 2004       _____
                                                                   Robert J. Kressel
                                                                   U.S. Bankruptcy Judge