UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:     *GRIMLIE, LARRY*                CHAPTER 7
        *AKA MINNTECH MACHINE TOOLS*    BKY CASE NO. 04-45493

        Debtor(s)

**SUPPLEMENTAL APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY**

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an Attorney is necessary to represent or assist the trustee in completing a settlement with the Debtor which was approved by the Court.

3. Matthew R. Burton of Leonard O'Brien Spencer et al, is qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: $295.00 per hour plus expenses.

5. Said professional has disclosed to the undersigned that she has the following connections with the debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None, except that Matthew R. Burton, attorney for the trustee in this matter, represents other trustees in unrelated matters.

6. The trustee has made the following efforts to recover the asset prior to submitting this Application: N/A.

WHEREFORE, Applicant requests that the Court approve such employment by the trustee.

Dated: June 7, 2006                */e/ Terri A. Running*
                                          Terri A. Running, Trustee
                                          P.O. Box 16355
                                          St. Paul, MN 55116
                                          (651) 699-6980
                                          (651) 292-1234 Facsimile

**MN-252**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:   *GRIMLIE, LARRY,*
         *AKA MINNTECH MACHINE TOOLS*
                                        CHAPTER 7
                                        BKY CASE NO. 04-45493
                  Debtor(s)

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, Matthew R. Burton of Leonard O'Brien Spencer et al, the professional named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2. I do not have any connections to the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: None, except that I represent other trustees in other unrelated matters.

Dated: June 7, 2006

Matthew R. Burton, Esq.
Leonard O'Brien Spencer et al
100 S. Fifth St. #2500
Minneapolis, MN 55402
612-332-1030
612-332-2740 *facsimile*

MN-252

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: ***GRIMLIE, LARRY***
***AKA MINNTECH MACHINE TOOLS***

CHAPTER 7
BKY CASE NO. 04-45493

Debtor(s).

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

I, Terri A. Running, declare that on the date indicated below, I served the following:

(1) Application for Approval of Employment of Attorney; (2) Verified Statement Pursuant to Federal Rule 2014(a); (3) Unsworn Declaration for Proof of Service; and (4) Proposed Order.

upon each of the entities named below, by mail (unless otherwise indicated below) by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid, and depositing same in the post office at St. Paul, Minnesota, addressed to each of them as follows:

UNITED STATES TRUSTEE         [via e-mail]
1015 U.S. COURTHOUSE
300 SOUTH 4TH STREET
MINNEAPOLIS, MN  55415

And I declare under penalty of perjury that the foregoing is true and correct.

Date:   June 7, 2006

*/e/ Terri A. Running*

**MN-252**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: ***GRIMLIE, LARRY***
***AKA MINNTECH MACHINE TOOLS***

CHAPTER 7
BKY CASE NO. 04-45493

Debtor(s)

**ORDER**

On _____, the Application to Employ Matthew R. Burton of Leonard O'Brien Spencer et al as attorney of the estate came before the undersigned. Based on the Application, the Recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code, § 327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States Code, § 328.

Dated: _____

_____
Honorable Robert J. Kressel
United States Bankruptcy Judge

MN-252