**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: GRIMLIE, LARRY<br>AKA MINNTECH MACHINE TOOLS<br><br>_____,<br>Debtors | Case No. 04-45493-DDOB<br><br>Chapter 7 |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 30, 2004. The undersigned trustee was appointed on September 30, 2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  except that the trustee reserves, pursuant to 11 U.S.C. section 554(c ), the estate's interest in the following: `1 - HOMESTEAD, 1/2 INTEREST 675-120TH ST NW MONTICEL, 18 - JUDGMENT AGAINST ERICA JOHNSON, 19 - JUDGMENT AGAINST CRAIG GRIMLIE.`
The filing of the Trustee's Final Report shall not be deemed an abandonment of the estate's interest in these assets.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $             4,750.15

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 2,079.16 |
   | Bank service fees | 486.57 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]       $ | 2,184.42 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/05/2005 and the deadline for filing governmental claims was 05/05/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,187.54. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $374.03, for a total compensation of $374.03.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $42.20, for total expenses of $42.20.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2013      By: /s/Terri A. Running
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-45493-DDOB  
**Case Name:** GRIMLIE, LARRY  
AKA MINNTECH MACHINE TOOLS  
**Period Ending:** 08/28/13

**Trustee:** (430130)  Terri A. Running  
**Filed (f) or Converted (c):** 09/30/04 (f)  
**§341(a) Meeting Date:** 11/04/04  
**Claims Bar Date:** 05/05/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HOMESTEAD, 1/2 INTEREST 675-120TH ST NW MONTICEL<br>  6/07/10:  exemption limited to $200,000  (See Footnote) | 585,300.00 | 0.00 | | 0.00 | 1.00 |
| 2 | CASH ON HAND | 150.00 | 150.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS (JOINT WITH SPOUSE) | 6,500.00 | 0.00 | | 0.00 | FA |
| 4 | US BANK ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 5 | MISC BOOKS AND WALLS COVERINGS. NO VALUABLE ITEM | 250.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 100% OF MINNTECH MACHINE TOOLS INC | 0.00 | 0.00 | | 0.00 | FA |
| 8 | LAWSUIT FOR LOSSES FROM FIRE<br>  amount claimed:  $681,000 | Unknown | 0.00 | | 0.00 | FA |
| 9 | 1998 CADILLAC DEVILLE | 3,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2003 CHEVROLET 3500 PICK-UP<br>  6/07/10:  exemption limited to $13,000 | 22,000.00 | 0.00 | | 0.00 | FA |
| 11 | ANIMALS. JOINT WITH SPOUSE<br>  Debtor's 1/2 interest - total value:  $30,000<br>  6/07/10:  exemption denied | 15,000.00 | 0.00 | | 0.00 | FA |
| 12 | FARM EQUIPMENT JOINT WITH SPOUSE<br>  Debtor's 1/2 interest - total value:  $30,150<br>  6/07/10:  exemption denied | 15,075.00 | 75.00 | | 0.00 | FA |
| 13 | FARM SUPPLIES AND FEED JOINT WITH SPOUSE<br>  6/07/10:  exemption denied | 4,500.00 | 0.00 | | 0.00 | FA |
| 14 | POSSIBLE TRANSFERS TO LINDA GRIMLIE  (u)<br>  1997 Felling trailer<br>2002 ABU trailer<br>1994 Pontiac automobile  (See Footnote) | 0.00 | 0.00 | | 4,750.00 | FA |
| 15 | 12 ga SHOTGUN: $100 & .22 CAL RIFLE: $50  (u) | 150.00 | 150.00 | | 0.00 | FA |
| 16 | SHOP EQUIPMENT  &  HORSE TACK  (u)<br>  Debtor's 1/2 interest - total value:  $6,200 | 3,100.00 | 3,100.00 | | 0.00 | FA |
| 17 | SCRAP METAL FROM FIRE  (u) | 1.00 | 1.00 | | 0.00 | FA |

Printed: 08/28/2013 02:42 PM    V.13.13

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-45493-DDOB  
**Case Name:** GRIMLIE, LARRY  
AKA MINNTECH MACHINE TOOLS  
**Period Ending:** 08/28/13

**Trustee:** (430130) Terri A. Running  
**Filed (f) or Converted (c):** 09/30/04 (f)  
**§341(a) Meeting Date:** 11/04/04  
**Claims Bar Date:** 05/05/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Debtor believes it can be salvaged - in current condition, value of metal is not equal to cost to transport to metal dealer |  |  |  |  |  |
| 18 | JUDGMENT AGAINST ERICA JOHNSON (u)<br>JUDGMENT DATED 7/22/10 (See Footnote) | Unknown | Unknown |  | 0.00 | 7,000.00 |
| 19 | JUDGMENT AGAINST CRAIG GRIMLIE (u)<br>JUDGMENT DATED 7/22/10 (See Footnote) | Unknown | Unknown |  | 0.00 | 7,400.53 |
| Int | INTEREST (u) | Unknown | N/A |  | 0.15 | Unknown |
| 20 | **Assets   Totals** (Excluding unknown values) | **$655,526.00** | **$3,476.00** |  | **$4,750.15** | **$14,401.53** |

RE PROP# 1     RESERVED ASSET IS JUDGMENT DATED 9.8.11.  
RE PROP# 14    Motion filed 10/12/11  
                Order dated 11/2/11  
RE PROP# 18    APPLICATION TO CLOSE CASE WITH UNADMINISTERED ASSET FILED 8.27.13.  
                ORDER DATED 8/28/13.  
RE PROP# 19    APPLICATION TO CLOSE CASE WITH UNADMINISTED ASSET FILED 8.27.13.  
                ORDER DATED 8/28/13,

**Major Activities Affecting Case Closing:**

       6.1.13:  FILE FEE APPLICATIONS FOR WESTWIND AND SHENEHON.  FILE TFR.

**Initial Projected Date Of Final Report (TFR):**     November 4, 2005          **Current Projected Date Of Final Report (TFR):**     August 30, 2013

Printed: 08/28/2013 02:42 PM     V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 04-45493-DDOB  
**Case Name:** GRIMLIE, LARRY  
　　　　　　　AKA MINNTECH MACHINE TOOLS  
**Taxpayer ID #:** 38-6988449  
**Period Ending:** 08/28/13  

**Trustee:** Terri A. Running (430130)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-31452716-65 - Checking Account  
**Blanket Bond:** $22,048,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/11 | | KERKOFF AUCTION & REAL ESTATE LLS | TURNOVER OF AUCTION PROCEEDS | | 3,423.73 | | 3,423.73 |
| | {14} | | Gross proceeds from auction sale   4,750.00 | 1241-000 | | | 3,423.73 |
| | | | Auctioneer's expenses   -613.77 | 3620-000 | | | 3,423.73 |
| | | | Auctioneer's commission   -712.50 | 3610-000 | | | 3,423.73 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,423.74 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,423.76 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 6.57 | 3,417.19 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,417.21 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,392.21 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,392.23 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,367.23 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,367.25 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,342.25 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,342.27 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,317.27 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,317.29 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,292.29 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,292.31 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,267.31 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,242.31 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,217.31 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,192.31 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,167.31 |
| 06/19/12 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2012 FOR CASE #04-45493, Blanket Bond # 016018054 | 2300-000 | | 2.89 | 3,164.42 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,139.42 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,114.42 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,089.42 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,064.42 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,039.42 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,014.42 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001043013088 20121213 | 9999-000 | | 3,014.42 | 0.00 |

Subtotals :   $3,423.88   $3,423.88

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 04-45493-DDOB  
**Case Name:** GRIMLIE, LARRY  
AKA MINNTECH MACHINE TOOLS  
**Taxpayer ID #:** 38-6988449  
**Period Ending:** 08/28/13

**Trustee:** Terri A. Running (430130)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-31452716-65 - Checking Account  
**Blanket Bond:** $22,048,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 3,423.88 | 3,423.88 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,014.42 | |
| | | | **Subtotal** | | **3,423.88** | **409.46** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,423.88** | **$409.46** | |

{} Asset reference(s)

Printed: 08/28/2013 02:42 PM   V.13.13

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 04-45493-DDOB  
**Case Name:** GRIMLIE, LARRY  
AKA MINNTECH MACHINE TOOLS  
**Taxpayer ID #:** 38-6988449  
**Period Ending:** 08/28/13  

**Trustee:** Terri A. Running (430130)  
**Bank Name:** Rabobank, N.A.  
**Account:** 5000551666 - Checking Account  
**Blanket Bond:** $22,048,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,014.42 | | 3,014.42 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,004.42 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,994.42 |
| 02/07/13 | 11002 | CLERK OF BANKRUPTCY COURT | FILING FEE ADV. # 07-4086 | 2700-000 | | 250.00 | 2,744.42 |
| 02/07/13 | 11003 | CLERK OF BANKRUPTCY COURT | FILING FEE ADV. # 08-4176 | 2700-000 | | 250.00 | 2,494.42 |
| 02/07/13 | 11004 | CLERK OF BANKRUPTCY COURT | FILING FEE ADV. # 10-4487 | 2700-000 | | 250.00 | 2,244.42 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,234.42 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,224.42 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,214.42 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,204.42 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,194.42 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,184.42 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 3,014.42 | 830.00 | $2,184.42 |
| Less: Bank Transfers | | 3,014.42 | 0.00 | |
| Subtotal | | 0.00 | 830.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $830.00 | |

Net Receipts : 3,423.88  
Plus Gross Adjustments : 1,326.27  
Net Estate : $4,750.15  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-31452716-65 | 3,423.88 | 409.46 | 0.00 |
| Checking # 5000551666 | 0.00 | 830.00 | 2,184.42 |
| | $3,423.88 | $1,239.46 | $2,184.42 |
| Bank Transfers | $3,014.42 | $3,014.42 | |

{} Asset reference(s)                                                                 Printed: 08/28/2013 02:42 PM    V.13.13

# Exhibit C

### Case: 04-45493-DDOB   GRIMLIE, LARRY

Claims Bar Date: 05/05/05

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Terri A. Running<br>P.O. Box 583454<br>Minneapolis, MN 55458<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>09/30/04 | | $1,187.54<br>$1,187.54 | $0.00 | $1,187.54 |
| | Terri A. Running<br>P.O. Box 16355<br>St. Paul, MN 55116<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>09/30/04 | | $133.98<br>$133.98 | $0.00 | $133.98 |
| | WILLIAM HERBER<br>SHENEHON COMPANY<br>88 S. TENTH ST. STE. 400<br>MINNEAPOLIS, MN 55403<br><2500-00  Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)>, 200 | Admin Ch. 7<br>09/30/04 | | $4,000.00<br>$4,000.00 | $0.00 | $4,000.00 |
| | WILLIAM HERBER<br>SHENEHON COMPANY<br>88 SOUTH TENTH STREET, SUITE 400<br>MINNEAPOLIS, MN 55403<br><3712-00  Appraiser for Trustee Expenses>, 200 | Admin Ch. 7<br>09/30/04 | | $218.96<br>$218.96 | $0.00 | $218.96 |
| | Westwood Professional Services, Inc.<br>7699 Anagran Drive<br>Eden Prairie, MN 55344<br><3991-00  Other Professional Fees>, 200 | Admin Ch. 7<br>11/09/06 | PROJ. 20055189 | $1,395.00<br>$1,395.00 | $0.00 | $1,395.00 |
| 1 | ESTATE OF LOWELL THORUD<br>C/O SCOTT A. BECKER, ESQ.<br>PO BOX 1292<br>LAKEVILLE, MN 55044<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/08/05 | Amended per letter 1/3/07 | $279,088.56<br>$283,273.65 | $0.00 | $283,273.65 |
| 2 | CHASE MANHATTAN BANK USA NA<br>PO BOX 52176<br><br>PHOENIX, AZ 85072-2176<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/18/05 | Unsecured claimed:$0.00; Secured claimed:$0.00; Priority claimed:$0.00; Unknown claimed:$7077.05; Unknown Class; Admin allowed:$0.00 Totalclaimed: $7077.05 allowed:$0.00 History: 2-1 02/18/2005Claim # | $7,077.05<br>$7,077.05 | $0.00 | $7,077.05 |
| 3 | MBNA AMERICA BANK NA<br>PO BOX 15168 MS 1423<br><br>WILMINGTON, DE 19850 | Unsecured<br>03/14/05 | Unsecured claimed:$0.00; Secured claimed:$0.00; Priority claimed:$0.00; Unknown claimed:$7970.00; Unknown Class; Admin allowed:$0.00 Totalclaimed: $7970.00 allowed:$0.00 History: 3-1 03/14/2005Claim # | $7,970.00<br>$7,970.00 | $0.00 | $7,970.00 |

# Exhibit C

### Case: 04-45493-DDOB  GRIMLIE, LARRY

Claims Bar Date: 05/05/05

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 4 | AGSTAR FINAINCIAL SERVICES PCA C/O JAMES WIANT PO BOX 1497 ST CLOUD, MN 56302-1497 | Unsecured 04/15/05 | | $60,823.34 $42,013.34 | $0.00 | $42,013.34 |
| | | | Unsecured claimed:$42013.34; Secured claimed:$18810.00; Priority claimed:$0.00; Unknown claimed:$0.00; Unknown Class; Admin allowed:$0.00 Totalclaimed: $60823.34 allowed:$0.00 History: 4-1 04/15/2005C - split claim | | | |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 5 | ECAST SETTLEMENT CORP PO BOX 7247-6971 PHILADELPHIA, PA 19170-6971 | Unsecured 04/19/05 | | $3,702.15 $3,702.15 | $0.00 | $3,702.15 |
| | | | Unsecured claimed:$3702.15; Secured claimed:$0.00; Priority claimed:$0.00; Unknown claimed:$0.00; Unknown Class; Admin allowed:$0.00 Totalclaimed: $3702.15 allowed:$0.00 History: 5-1 04/19/2005Claim # | | | |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 6 | MANSFIELD TANKICK & COHEN PA 220 S 6TH ST 1700 US BANK PLAZA S MPLS, MN 55402 | Unsecured 04/21/05 | | $96,409.11 $96,409.11 | $0.00 | $96,409.11 |
| | | | Unsecured claimed:$96409.11; Secured claimed:$0.00; Priority claimed:$0.00; Unknown claimed:$0.00; Unknown Class; Admin allowed:$0.00 Totalclaimed: $96409.11 allowed:$0.00 History: 6-1 04/21/2005Claim | | | |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$447,380.78** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-45493-DDOB
Case Name: GRIMLIE, LARRY
Trustee Name: Terri A. Running

**Balance on hand:** $ 2,184.42

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,184.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Terri A. Running | 1,187.54 | 0.00 | 374.03 |
| Trustee, Expenses - Terri A. Running | 133.98 | 0.00 | 42.20 |
| Other Fees: Westwood Professional Services, Inc. | 1,395.00 | 0.00 | 439.37 |
| Other Expenses: WILLIAM HERBER | 4,218.96 | 0.00 | 1,328.82 |

Total to be paid for chapter 7 administration expenses: $ 2,184.42
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 440,445.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ESTATE OF LOWELL THORUD | 283,273.65 | 0.00 | 0.00 |
| 2 | CHASE MANHATTAN BANK USA NA | 7,077.05 | 0.00 | 0.00 |
| 3 | MBNA AMERICA BANK NA | 7,970.00 | 0.00 | 0.00 |
| 4 | AGSTAR FINANICAL SERVICES PCA | 42,013.34 | 0.00 | 0.00 |
| 5 | ECAST SETTLEMENT CORP | 3,702.15 | 0.00 | 0.00 |
| 6 | MANSFIELD TANKICK & COHEN PA | 96,409.11 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**